U.S. Bankruptcy Court
Northern District of Illinois (Chicago)

-------------------------------------------------X
IN RE:

Theodore V. Zielinski                Chapter 13
                                     Case No. 08-24558


           Debtor(s)
-------------------------------------------------X

### RESPONSE TO NOTICE OF FINAL CURE PAYMENT RULE 3002.1

Name of Creditor: Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc.

Last four digits of any number used to identify the debtor's account: 8851

Pursuant to Fed. Bankr. Rule 3002.1 (g), Creditor : Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc., hereby states that the debtor has paid in full the amount required to cure the default, if any.

The loan is contractually due for the payment due and owing for 6/1/13 in the amount of $1,521.14. There is a surplus escrow balance of $1,427.99. The next escrow advance is scheduled on 9/1/13 in the amount of $2,105.20 for property taxes.

Dated: May 16, 2013

By: _____
Lisa Singer
Creditor's Authorized Agent
c/o Rosicki, Rosicki & Associates, P.C.
Main Office: 51 E. Bethpage Road
Plainview, New York 11803

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Response to Notice of Final Cure Payment Rule 3002.1 has been served by first class mail on:

Theodore V. Zielinski
322 E. Ninth Street
Lockport, IL 60441

John C Dent
John C Dent Ltd
1000 S. Hamilton
Suite D
Lockport, IL 60441

*Trustee*
Glenn B Stearns
801 Warrenville Road
Suite 650
Lisle, IL 60532

May 17, 2013

_____
Alicia McNamee